RECEIVED
JUL 1 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DIAMOND B INDUSTRIES, LLC | CIVIL ACTION NO. 6:17-cv-01169 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| JAYMIE L. BANCROFT-BROWNLEE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 14) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for default judgment (Rec. Doc. 11), filed by the Plaintiff Diamond B Industries, LLC, is GRANTED; judgment is hereby entered against the Defendant, Jaymie L. Bancroft-Brownlee, and in favor of Diamond B Industries, LLC, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 18 day of July, 2018.

UNITED STATES DISTRICT JUDGE